IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| OMAR ANDERSON, | * | |
| Movant | * | CRIMINAL NO. JKB-11-476 |
|  |  | (CIVIL NO. JKB-12-1600) |
| v. | * | |
| UNITED STATES OF AMERICA | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

On October 3, 2012, this Court denied the Movant's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 217.) Movant has filed a reply to the Government's response in opposition. (ECF No. 218.) Although not considered by the Court at the time of its October 3, 2012, order denying relief, the Court has reviewed the reply and does not find therein a reason to grant relief under § 2255. The Court hereby AFFIRMS its October 3, 2012, order.

DATED this 9th day of October, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge